CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 23 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 7:14CR00026 |
| | ) (CASE NO. 7:16CV81197) |
| v. | ) |
| | ) **FINAL ORDER** |
| HEATHER RENE GRAVELY, | ) |
| | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is

**ADJUGDED AND ORDERED**

as follows:

1. The conditionally filed motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255 (ECF Nos. 441 and 446) is **DISMISSED WITHOUT PREJUDICE**, and the clerk shall STRIKE this action from the active docket of the court; and

2. The clerk is **DIRECTED** to redocket the defendant's recently filed motion (ECF No. 448) as a new and separate motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255.

ENTER: This 23rd day of November, 2016.

/s/ Glen E. Conrad
Chief United States District Judge